

August 26, 2024

**VIA ECF**



Honorable Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:    *D.F. individually and on behalf of G.F. v. The New York City Dept. of Ed.;*
                *24-cv-5993*

Dear Judge Clarke:

    I write regarding this Court's requested letter regarding discovery or an initial conference in accordance with this Court's Order dated August 12, 2024 (ECF No. 5)

    As stated in Plaintiff's First Letter Motion (ECF No. 7) which is currently pending this Court's decision, Plaintiffs originally filed this matter on August 7, 2024. Unfortunately, due a death in Plaintiffs' attorney's family, the Summons, Complaint, and Order for Joint Letter where not served upon Defendant until August 23, 2024 (ECF No. 6).

    As a result, the New York City Law Department has not yet assigned this matter as of the date of this filing.

    Counsel for Plaintiff contacted the New York City Law Department on August 26, 2024 regarding the Joint Letter and inquiring if any attorney has been assigned, but has received no response.

    Plaintiffs therefore filed their First Letter Motion (ECF No. 7) respectfully requesting a one week extension from August 26, 2024 to September 2, 2024 to allow time for the New York City Law Department to assign this matter prior to filing of the Joint Letter.

    In advance of the Joint Letter, Plaintiffs note that:

1. This case involves fees only. This office has had numerous such cases with the New York City Law Department and has never had need for discovery, initial conference, or motions;

2. Plaintiffs similarly do not anticipate any need for discovery or an initial conference in this case;

3. Plaintiffs respectfully request a one week extension to propose a briefing schedule jointly with Defendants;

4. At this time, Plaintiff's do not anticipate that intervention by a Magistrate Judge or the District's Mediation Program will be necessary; and

5. Plaintiffs' attorney will consult with the Defendant's attorney as soon as one is assigned to ensure that they are in agreement with what we have proposed.

Thank you for your consideration of this request.

Kind regards,

Jennifer Ratcliff

JR/sb

cc:   New York City Law Department (via email: ServiceECF@law.nyc.gov)

The parties are ORDERED to file the joint letter with the Court, as outlined in ECF No. 5, by **September 21, 2024**. The letter-motion at ECF No. 7 is denied as moot. The Clerk of Court is directed to terminate ECF No. 7.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 27, 2024
    New York, New York